IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L&M TRANSPORTATION SERVICES, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:18cv790-SRW ) ) |
| JAMES EDWARD McCURLEY, II, | ) ) |
| Defendant. | ) |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party has read the Notice of Assignment to United States Magistrate Judge and hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge. The party understands that this request may not be revoked.

 11/30/18                          /s/ Kevin M. Capuzzi  (admitted pro hac vice)
     Date                          Signature

                                   Plaintiff L&M Transportation Services, Inc.
                                   Counsel For (**print** name of party or parties)

                                   222 Delaware Avenue, Suite 801, Wilmington, DE 19801
                                   Address, City, State, Zip Code

                                   (302) 442-7063
                                   Telephone Number

**Return form to:**
Debra Hackett, Clerk, United States District Court for the Middle District of Alabama,
1 Church Street, B110; Montgomery, Alabama 36104