IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L&M TRANSPORTATION SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:18-cv-790-ALB-SRW ) |
| JAMES EDWARD MCCURLEY, II, | ) ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. 69) filed on June 28, 2019, and per Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff L&M Transportation Services, Inc.'s claims are dismissed without prejudice and Defendant's counterclaims are dismissed with prejudice on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 1st day of July, 2019.

                                                     /s/ Andrew L. Brasher
                                              ANDREW L. BRASHER
                                              UNITED STATES DISTRICT JUDGE